IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:08-CR-011 |
| | ) | |
| ROBERT JAMES DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Robert James Davis (DE #183) filed on November 5, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Robert James Davis, and **FINDS** the Defendant guilty of Count 2 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1).

This matter is set for sentencing on January 21, 2009, at 12:30 p.m.

**DATED:** December 4, 2008         /s/RUDY LOZANO, Judge
                                    **United States District Court**